### Commonwealth *v.* Green, Appellant.

748

Argued November 11, 1971.

*Timothy J. Sullivan, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *John Nickoloff,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.